**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Freda L. Wolfson |
| v. | : | Crim. No. 20-882 |
| JAMAR HIGHTOWER | : | |

**ORDER FOR CONTINUANCE**

This matter having come before the Court on the joint application of Philip R. Sellinger, United States Attorney for the District of New Jersey (by Ray A. Mateo, Assistant United States Attorney) and defendant Jamar Hightower (by Aidan P. O'Connor, Esq.), for an order granting a continuance of the proceedings in the above-captioned matter; and the defendant being aware that he has the right to have this matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court pursuant to 18 U.S.C. § 3161(c)(1); and the defendant having consented to the continuance and waived such right, and for good cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1) Taking into account the exercise of diligence, the facts of this case require that defense counsel and the United States be permitted a reasonable amount of additional time for effective preparation in this matter;

(2) The defendant has consented to the above-referenced continuance;

(3) The granting of a continuance will likely conserve judicial resources; and

(4)     Pursuant to Title 18, United States Code, Section 3161(h)(7), and the Court's Standing Order 2021-04, the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS, therefore, on this __4__th day of January 2022 ORDERED that:

(1)     This action is continued under the Speedy Trial Act from February 1, 2022 through and including April 30, 2022; and

(2)     The period from February 1, 2022 through and including April 30, 2022, shall be excludable in computing time under the Speedy Trial Act of 1974.

_____
THE HONORABLE FREDA L. WOLFSON
United States District Judge

Consented and Agreed to by:

_____
Ray A. Mateo
Assistant U.S. Attorney

_____
Aidan P. O'Connor, Esq.
Counsel for Defendant