**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Freda L. Wolfson |
| | : | |
| v. | : | Criminal No. 20-882 (FLW) |
| | : | |
| JAMAR HIGHTOWER | : | ORDER RELEASING |
| | : | <u>JAMAR HIGHTOWER</u> |

This matter having come before the Court upon the application of the defendant JAMAR HIGHTOWER, by his attorney Aidan P. O'Connor, Esq., for an order modifying the conditions of his release pursuant to Title 18 United States Code, Sections 3141, 3142(c) and 3143, to place defendant JAMAR HIGHTOWER on home incarceration; the United States of America, by Philip R. Sellinger, United States Attorney for the District of New Jersey, (J. Brendan Day, Assistant U.S. Attorney, appearing), not objecting to this modification; and the United States Pretrial Services Agency not objecting to this modification; and the Court being satisfied that the following modification of the release conditions will reasonably assure the appearance of defendant JAMAR HIGHTOWER as required and will not endanger the safety of any other person and the community; and for good and sufficient cause shown;

IT IS on this <u>18th</u> day of August, 2022,

ORDERED that defendant JAMAR HIGHTOWER be released on the following conditions of release:

1. The defendant shall be released on a $100,000 unsecured appearance bond.
2. The defendant shall be released into the third-party custody of Cherish Sims.
3. Report to Pretrial Services as directed.
4. Abstain from the use of alcohol.

5. Substance abuse testing and/or treatment as deemed appropriate by Pretrial Services.
6. Mental health testing and/or treatment as directed by Pretrial Services.
7. Home Incarceration with Location Monitoring - You are restricted to your residence at all times except for medical needs or treatment; religious services, and court appearances or other activities pre-approved by the Court.
8. Maintain current residence or a residence approved by Pretrial Services.
9. The defendant's travel is restricted to New Jersey, unless otherwise approved by Pretrial Services.
10. Surrender all passports and travel documents to Pretrial Services.
11. Do not apply for new travel documents.

_____
HON. FREDA L. WOLFSON
CHIEF UNITED STATES DISTRICT JUDGE